UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DEREK LAGWAY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-1732 |
| | § | |
| BRENT STOWE, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the Jury Verdict entered in this case, the plaintiff, John Derek Lagway, shall recover from the defendant, Brent Stowe, as follows:

a)      Actual Damages                    $      101,001.00

b)      Interest on the damages at the rate of  0.25% per annum.

c)      Costs of Court

This is a Final Judgment.

SIGNED at Houston, Texas this 30th day of September, 2010.

_____
Kenneth M. Hoyt
United States District Judge