| | | |
|---|---|---|
| **JOHN DEREK LAGWAY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | **CAUSE NO. 4:09-CV-01732** |
| | § | **JURY REQUESTED** |
| **CITY OF CONROE, TEXAS, OFFICER** | § | |
| **BRENT STOWE AND OFFICER ERIC** | § | |
| **BURKE, INDIVIDUALLY** | § | |
| **Defendants.** | § | |

## AGREED MOTION UNDER RULE 60(b)(5)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Brent Stowe, Defendant in the above-titled number cause and files this Motion, pursuant to Rule 60 of the Federal Rules of Civil Procedure, for relief from the Final Judgment in this case:

1.      The Court entered judgment in favor of the Plaintiff in this case and a bill of costs was entered.  Before the time had expired for filing a motion for new trial, a motion for judgment notwithstanding the verdict, a motion to alter or amend the judgment or to file a notice of appeal, the Parties agreed to compromise said Judgment.  Accordingly, pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure, Brent Stowe hereby moves the Court to grant relief from the Final Judgment because the judgment has been compromised and released.  The compromise was reached by the Parties prior to the deadlines for filing the motions referred to above and prior to the time for filing a notice of appeal.

WHEREFORE, PREMISES CONSIDERED, Defendant Brent Stowe prays that the Court enter an order relieving Brent Stowe from the Final Judgment because the judgment has been compromised and released.

Respectfully submitted,

**GORDON & REES LLP**

By: _/s/ Steven D. Selbe_
      Steven D. Selbe
      State Bar No. 18004600
      So. Dist. No.  18003
      Heidi Gumienny
      State Bar No. 24036696

**ATTORNEYS IN CHARGE FOR DEFENDANT**

OF COUNSEL:

GORDON & REES, LLP
1900 West Loop South, Suite 1000
Houston, Texas  77027
(713) 961-3366 – Telephone
(713) 961-3938 – Facsimile

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken with the attorney for the Plaintiff and this Motion is AGREED.

_/s/ Steven D. Selbe_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent this 9th day of November, 2010, to counsel for the Plaintiff through the electronic filing system of the Southern District of Texas.


*/s/ Steven D. Selbe*
STEVEN D. SELBE

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN DEREK LAGWAY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | **CAUSE NO. 4:09-CV-01732** |
| | § | **JURY REQUESTED** |
| **CITY OF CONROE, TEXAS, OFFICER** | § | |
| **BRENT STOWE AND OFFICER ERIC** | § | |
| **BURKE, INDIVIDUALLY** | § | |
| **Defendants.** | § | |

BE IT REMEMBERED that on the _____ day of _____, 2010 came on to be heard, Defendant Brent Stowe's Motion for relief from the Judgment pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure. The Court finds that the Motion is well taken and the Motion is in all things GRANTED. Brent Stowe is hereby relieved from the Judgment because the Judgment has been compromised and released.

Signed on the date set forth above.

_____
UNITED STATES DISTRICT JUDGE